## William G. HALL v. E. J. DONNELLY et al.

### 6 Div. 425.

Supreme Court of Alabama.

Sept. 28, 1933.

Horace C. Wilkinson and Fort, Beddow & Ray, all of Birmingham, for petitioner.

Ross, Bumgardner, Ross & Ross, of Bessemer, for respondents.

KNIGHT, Justice.

Petition of William G. Hall for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Hall v. Donnelly et al., 25 Ala. App. 481, 149 So. 867.

Writ denied.

ANDERSON, C. J., and THOMAS and BROWN, JJ., concur.